

# IN THE
# TENTH COURT OF APPEALS

### No. 10-18-00143-CR

**PATRICK HENRY FEATHERSTON,**

**Appellant**

**v.**

**THE STATE OF TEXAS,**

**Appellee**

**From the County Court at Law No. 1
Brazos County, Texas
Trial Court No. 17-00865-CRM-CCL1**

## ORDER

Appellant Patrick Henry Featherston has filed a motion to dismiss this appeal.  *See* Tex. R. App. P. 42.2(a).  Although Appellant's attorney has signed the motion, Appellant has not personally signed the motion.  *See id.* ("The appellant and his or her attorney must sign the written motion to dismiss . . . .").  The motion to dismiss is therefore denied without prejudice to the filing of a motion to dismiss that complies with Rule 42.2(a).

PER CURIAM

Before Chief Justice Gray,
       Justice Davis, and
       Justice Scoggins
Order issued and filed October 24, 2018

